**Order filed June 19, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00761-CR
NO. 14-16-00762-CR

_____

**HARLAN J SIMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1477620 and 1464356**

---

## ABATMENT ORDER

The clerk's record was filed October 20, 2016. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record containing: **the Certification of Defendant's Right to Appeal signed by the trial court on July 14, 2017**.

The supplemental clerk's record is due by **June 29, 2018**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record in each appeal containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM